## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRETCHEN THOMAS, *et al.*,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>SEAN DUFFY, *Acting NASA Administrator*, *et al.*,<br><br>　　　　*Defendants.* | Civil Action No. 24-1634 (RDM) |

## ORDER

For the reasons explained in the Court's memorandum opinion, Dkt. 31, it is hereby

**ORDERED** that the Defendants' motions to dismiss, Dkt. 15 & Dkt. 17, are **GRANTED**; Plaintiffs' motion to amend, Dkt. 26, is **DENIED** as futile; and Plaintiffs' motion for an extension of time and motion to certify a class, Dkt. 24 & Dkt. 29, are **DENIED** as moot.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: September 9, 2025